No. D–1745. IN RE DISBARMENT OF CROCKETT. Kenneth F. Crockett, of Topeka, Kan., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days,

requiring him to show cause why he should not be disbarred from the practice of law in this Court.